IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

**VICTOR ARIZA,**

    Plaintiff,

vs.                                         Case No.: 2:22-cv-00502-JLB-NPM

**RTK INVESTMENTS, INC.,**
**d/b/a BEACHWORKS,**
**a Florida for-profit corporation**

    Defendant.
_____/

## JOINT MOTION EXTEND TIME TO EXTEND DEADLINES FOR MEDIATION

    Defendant RTK INVESTMENTS, INC., d/b/a BEACHWORKS, a Florida for-profit corporation, and Plaintiff VICTOR ARIZA, by and through their respective undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby move jointly for an extension of time to complete the Court-ordered mediation, and in support thereof, state as follows:

1. According to this Court's ADA Scheduling Order dated November 7, 2022, the parties must complete mediation by April 4, 2023.

2. The case is not at issue Defendant's Motion to Dismiss Amended Complaint filed December 9, 2022 ("the Motion"), which has been fully briefed, remains pending.

3. If the Motion is resolved in favor of Defendant, there will be nothing to mediate; otherwise, Defendant will needs the opportunity to answer the Amended Complaint and to assert its defenses thereto prior to mediation, or the same will be a waste of resources.

4. This motion is timely as the time to complete mediation has not yet expired. Also, as the Motion remains pending and discovery has not yet commenced, granting the relief requested herein will not prejudice the parties nor the Court.

WHEREFORE, the parties respectfully request a sixty-day extension of the deadline for completion of mediation per paragraph 6 of the ADA Scheduling Order, together with such other and further relief as the Court deems necessary and appropriate under the circumstances.

| | |
|---|---|
| *Stephen N. McGuire II* | *Roderick Victor Hannah* |
| Stephen N. McGuire II, Esq. | Roderick Victor Hannah, Esq. |
| Florida Bar No.: 102755 | Florida Bar No.: 435384 |
| McGuire Law, P.A. | Roderick V. Hannah, Esq., P.A. |
| Counsel for Defendant | Lead counsel for Plaintiff |
| 12670 New Brittany Blvd, Suite 101 | 4800 N Hiatus Rd |
| Fort Myers, FL 33907 | Sunrise, FL 33351-7919 |
| Phone (239) 939-2222 | 954-362-3800 |
| Fax (239) 939-2280 | Fax: 954-362-3779 |
| smcguire@cmw.law | rhannah@rhannahlaw.com |